**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | **CASE NUMBER 6:16-CR-00035-RC** |
| **v.** § | |
| § | |
| § | |
| **FAWAZ OLARENWAJU ANIMASAUN** § | |
| **(1),** § | |
| **a/k/a RICHARDSON6567, a/k/a LANRAY** § | |
| **LARRY, a/k/a LARRY HOOVER, a/k/a** § | |
| **SLIM HUSSTLE OLANRAYWAJU** § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Mitchell conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty plea. She further recommended that the court adjudge the Defendant guilty on Count One of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. The court **ORDERS** the Defendant's attorney to read and discuss the presentence report with the Defendant, and file any objections to the report **BEFORE** the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Fawaz Olarenwaju Animasaun (1), is adjudged guilty as to Count One of the Indictment charging a violation of 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud and Wire Fraud.

So **ORDERED** and **SIGNED** this **31** day of **January, 2017.**

_____

Ron Clark, United States District Judge